## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 3 l 16-mj-0017 CMK

Gary A. Beckstead

**ORDER TO PAY**

SOCIAL SECURIT ___
DATE OF BIRTH: ___
DRIVER'S LICENS ___
ADDRESS: 2 ___

CIT

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 7-19-16

DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**
3 years summary court probation
[X] Fine: $ 1,475.00 and a penalty assessment of $ 25.00 for a TOTAL AMOUNT OF: $ 1,500.00 within _____ days/months; or payments of $ 50. per month, commencing 9-1-16 and due on the first of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____ completed by _____
Defendant is excluded from entering Whiskeytown NRA for 5 years.
**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):**

| [ ] CENTRAL VIOLATIONS BUREAU | [ ] CLERK, USDC | [X] CLERK, USDC |
|---|---|---|
| PO BOX 71363 | 2500 TULARE ST., RM. 1501 | 501 I STREET, STE. 4-200 |
| PHILADELPHIA, PA 19176-1363 | FRESNO, CA 93721-1322 | SACRAMENTO, CA 95814-2322 |
| 1-800-827-2982 | | |
| or | | |
| Pay on-line at www.cvb.uscourts.gov | | |
| and Click on "Pay On-Line" | | |

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 7-19-16

U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET

EDCA-3